U.S. GENERAL CARL A.R. HITLER JR.
AKA: Renowitzky
V.

UNITED STATES OF AMERICA (U.S.A.), Does 1-10000

FILED
FEB 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CV 19 890  WHO  (PR)

#1776
Member of the National Native American Indian Bar Association

U.S. DISTRICT COURT OF NORTHERN CALIFORNIA DISTRICT SAN FRANCISCO DIVISION

COMPLAINT NOTICE FOR VIOLATIONS OF THE FUNDAMENTAL FAIRNESS REQUIRED BY THE DUE PROCESS CLAUSES OF THE FIFTH AND FOURTEENTH AMENDMENTS.

Criminal charges must be dismissed when the officers of the court violate the principles of due process. The standard against which the court suggested in (U.S. v. Russell, 411 US 423, 431-432 (1973)) that any misconduct of Officers of the the Court and or law-enforcement which violates fundamental fairness so shocking to the universal standard of justice mandated by the Due Process of the Fifth Amendment would absolutely bar the government from invoking judicial processes to obtain a conviction even if I was guilty.

The issue of violations of the fundamental fairness by the Marin County officers of the court require an inquiry investigation as this practice may have been normal everyday misconduct for many years falsely fraudulently imprisoning many individuals

"There will be in the next generation(s) or so a pharmacological method of making people love their servitude and producing dictatorship without tears so to speak. Producing a kind of painless concentration camp for entire societies so that people will in fact have their liberties taken away from them, but will rather enjoy it, because they will be distracted from any desire to rebel - by propaganda, or brainwashing, or brainwashing enhanced by pharmacological methods. And this seems to be the final revolutions." Aldous Huxley, speaking @ Berkeley, CA. 1961. Any person unlawfully imprisoned or restrained of his or her liberty, under any pretense, may prosecute any petition to inquire into the cause of his or her imprisonment or restraint including filing a writ of habeas corpus. This Nation has been at a serious risk of losing all the many blessings which have made the United States the great Nation that we are today. A fraudulent Chain of Command, is <u>NOT MAKING AMERICA GREAT AGAIN</u>. From the highest office of this Nation extreme fraud has been allowed to enter, and now the U.S. Government is completely tainted with Fraud, Waste & Abuse. This is why I sit in a U.S. Jail without bail, without civil rights and

(2)

without a crime being committed. The trail court has jurisdiction to remedy custodial conditions which result in violations of constitutional rights such as the false imprisonment complained herein this instant case #CR205320A filed by the District Attorney's Office in Marin County. Therefore, the parameters of judical intervention into conditions for pretrail detainees are less restrict than those relating to sentenced prisoners, but this officers of the Marin County Court elect to entrap many such as myself by finding fraudulent schemes to keep individuals falsely imprisoned with incompetency laws being violated committing many felony offences along the way without a care. (see Mitchell v. Dupnik, 75 F 3d 517, 523-524 (9th Cir 1996)). "In fact, everyone who wants to live a godly life in Christ Jesus will be persecuted, while evildoers and impostors will go from bad to worse, deceiving and being deceived." 2 Timothy 2:12-13. The prosecution team have not and can not produce any evidence of factual claims that should have been fully explored and determined during the earlier part of litgation.

(3)

Additionally, I have presented uncontradicted testimony both written and oral at every hearing that the officers of the Court including the Judge could not deny which proves that I have been deprived of effective ethical trial counsel, and the prosecution offered no evidence, therefore not only have I continue to be falsely imprisoned I have been denied the constitutional right to counsel, and fraud upon the Court has been committed by the officers of the court. If a judgement of conviction obtained in which fundamental rights are denied may be nullified then a pretrail situation such as mine herein must be dismissed. "Can someone who hates justice govern? Will you condemn the just and mighty one?" Job 34:17

Carl A. R. Hitler JR.
General, U.S.M.C.

(4)