UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER,<br>aka CARL RENOWITZKY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No. 19-cv-00890-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to file an application to proceed *in forma pauperis* (IFP) or pay the filing fee. Accordingly, the action is DISMISSED without prejudice for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion <u>must</u> contain (i) a complaint in this Court's form; <u>and</u> (ii) a complete IFP application or payment for the $400.00 filing fee.

If plaintiff chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named defendant, alleging a plausible basis for suing them.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** April 1, 2019



WILLIAM H. ORRICK
United States District Judge